IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ISAIAH JONES,

    Plaintiff,

v.                                        Civil Action No. 3:23cv838

WESTERN TIDEWATER REGIONAL JAIL,

    Defendant.

## MEMORANDUM OPINION

    By Memorandum Order entered on December 21, 2023, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address or if he was released. (ECF No. 3, at 3.) By Memorandum Order entered on February 16, 2024, the Court filed the action. (ECF No. 9.) On April 8, 2024, the United States Postal Service returned the February 16, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate Released." (ECF No. 11.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 4/12/2024                                                         /s/
Richmond, Virginia                                        M. Hannah Lauck
                                                                United States District Judge